# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**KENNETH ROLLE,** *pro se*,

     **Plaintiff,**

**v.**                                    **CASE NO:  8:07-CV-1780-T-30MSS**

**STATE OF FLORIDA,**

     **Defendant.**
_____/

### ORDER OF DISMISSAL

Plaintiff has failed to show cause, in writing, why this action should not be dismissed for failure to prosecute under Rule 3.10(a) , in accordance with this Court's Order to Show Cause (Dkt. #5) entered on January 30, 2008.  It is therefore

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed without prejudice.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on February 25, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to**:
Counsel/Parties of Record

*F:\Docs\2007\07-cv-1780.dismissal*